UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES A. MORSE,<br>     Plaintiff<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br>     Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 15-13078<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

September 15, 2015

Saris, C.J.

  Plaintiff Charles A. Morse filed suit against Defendant Verizon in Essex Superior Court, alleging one count of a violation of M.G.L. c. 93A (Docket No. 4, Ex. 1). Verizon removed the case to this court pursuant to 28 U.S.C. § 1441.

  In its Notice of Removal, Verizon alleged diversity jurisdiction pursuant to 28 U.S.C. § 1332. For the reasons stated in open court, "it is apparent, to a legal certainty" that the plaintiff could not recover damages meeting the jurisdictional minimum. St. Paul Mercury Indemnity Co. v. Red Cab. Co., 303 U.S. 283, 289 (1938). Accordingly, I **REMAND** the case to the Superior Court.

            /s/ PATTI B. SARIS
            Patti B. Saris
            Chief United States District Judge